IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 15-22510 CMB |
| Lee Ann Spencer ) | |
| ) | |
| Debtor (s) ) | |
| Lee Ann Spencer ) | Chapter 13 |
| ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 31 |
| ) | |
| Direct Plus Loans ) | Hearing: 9/28/16 at 10:00 AM |
| and Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATION OF NO RESPONSE REGARDING MOTION TO APPROVE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on  **August 17, 2016**  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon.  Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than  **September 3, 2016** .

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  September 6, 2016

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 795-2223
lowdenscott@gmail.com