**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lee Ann Spencer** | : | Case No. 15–22510–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| The Bank of New York Mellon, et al | : | |
| *Movant,* | : | |
| | : | Related to Claim No. N/A |
| v. | : | |
| Lee Ann Spencer and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

      **AND NOW**, this **14th day of November, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***The Bank of New York Mellon, et al*** at Claim No. N/A in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lee Ann Spencer  
        Debtor

Case No. 15-22510-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz        Page 1 of 1        Date Rcvd: Nov 14, 2016  
                              Form ID: 237        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.  
db        +Lee Ann Spencer,   12 Oliver Street,   Mc Donald, PA 15057-2897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   JPMorgan Chase Bank, National Association  
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      David A. Rice   on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net, lowdenscott@gmail.com  
      Jerome B. Blank   on behalf of Creditor   The Bank Of New York Mellon Etal pawb@fedphe.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Scott R. Lowden   on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net  
                                TOTAL: 6