IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: Lee Ann Spencer, | | : | Bankruptcy No. 15-22510-CMB |
| | Debtor, | : | |
| Lee Ann Spencer, | | : | |
| | | : | Chapter 13 |
| | Movant, | : | |
| | | : | Related to Document No. |
| v. | | : | |
| The Bank of New York Mellon, | | : | |
| | Respondent. | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

The Bank of New York Mellon
c/o Phelan, Hallinan, Diamond & Jones
Attn: Jerome Blank, Esq.
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19013

By:    /s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
PA  50329

PAWB Local Form 30 (07/13)