IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lee Ann Spencer

Bankruptcy No. 15-22510-CMB

Debtor,

Lee Ann Spencer,

Chapter 13

Movant

Related to Document No.

The Bank of New York Mellon,

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amendment to Schedule F and the 341 Hearing Notice on each party listed below by first class U.S. mail on December 1, 2016.

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

The Bank of New York Mellon
c/o Phellan Hallinan Diamond & Jones
attn.: Jerome Blank, Esq.
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19103

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID # 50329
Ricelaw1@verizon.net
(724) 225-7270