IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Lee Ann Spencer

                  Debtor,

Lee Ann Spencer,

                  Movant

The Bank of New York Mellon,

                  Respondent.

Bankruptcy No. 15-22510-CMB

Chapter 13

Related to Document No.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Text Order at Docket #56 on each party listed below by first class U.S. mail on December 2, 2016. The Amendment to Schedule F and the 341 Hearing Notice were served December 1, 2016 as per prior certificate.

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

The Bank of New York Mellon
c/o Phelan Hallinan Diamond & Jones
attn.: Jerome Blank, Esq.
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19103

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270