IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Lee Ann Spencer,                        Bankruptcy No.  15-22510-CMB

                Debtor

    Lee Ann Spencer,                        Chapter 13

                Movants

                        Related to Document No.

  No Respondent

               Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated September 14, 2017, the Notice of Proposed Modification to Confirmed Plan, and the Amended Chapter 13 Plan by prepaid first class US mail on September 14, 2017 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970 Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

                    /s/: David A  Rice, Esq.
                    Attorney for Debtors
                    15 West Beau Street
                    Washington, PA  15301
                    PA ID# 50329
                    Ricelaw1@verizon.net
                    (724) 225-7270

Best Case Bankruptcy

Label Matrix for local noticing
0315-2
Case 15-22510-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Sep 14 11:51:01 EDT 2017

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555 700 Kansas Lane
Monroe, LA 71203

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

The Bank of New York Mellon Trust Company
Robertson, Anschutz, Shcneid P.L.
6409 Congress Ave
Suite 100
Boca Raton, FL 33487-2853

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024-5837

BYL Services / Novasom
301 Lacey Street
West Chester, PA 19382-3727

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase / Michael T McKeever, Esq.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Chase Manhattan Mortgage
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219-6009

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161-0275

Credit One Bank
Po Box 98873
Las Vegas, NV 89193-8873

GECRB/PayPal Cr
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

JPMorgan Chase Bank, N.A.
3415 Vision Drive
OH4-7142
Columbus, OH 43219-6009

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc. as agent for
Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Navient
Po Box 9500
Wilkes Barre, PA 18773-9500

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

The Bank of New York Mellon
c/o Phellan Hallinan Diamond & Jones
attn.: Jerome Blank, Esq.
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19103-1814

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6805

Lee Ann Spencer
12 Oliver Street
Mc Donald, PA 15057-2897

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank Of New York Mellon Etal

(u)The Bank Of New York Mellon F/K/A The Bank

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27