# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-22510 CMB |
| | : | |
| Lee Ann Spencer | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Related to Doc No. 74 |
| ============================== | : | |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | Hrg: 3/21/18 at 10:00 AM |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  February 17, 2018  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than  March 6, 2018 .

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   March 7, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau St.
Washington, PA 15301
(412)374-7161
lowdenscott@gmail.com
PA. ID 72116