IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lee Ann Spencer,                                           Bankruptcy No. 15-22510-CMB

                  Debtor,

Lee Ann Spencer,                                           Chapter 13

                  Movant,

                                      Related to Document No.

No Respondent

                  Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated August 2, 2018, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan by prepaid first class US mail on August 2, 2018 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
**Suite 970**, Liberty Center
Pittsburgh, PA  15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

                                                    /s/: David A Rice, Esq.
                                                    Attorney for Debtors
                                                    15 West Beau Street
                                                    Washington, PA  15301
                                                    PA ID# 50329
                                                    Ricelaw1@verizon.net
                                                    (724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-22510-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Aug  2 09:56:33 EDT 2018 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555 700 Kansas Lane<br>Monroe, LA 71203 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| The Bank of New York Mellon Trust Company<br>Robertson, Anschutz, Shcneid P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| BYL Services / Novasom<br>301 Lacey Street<br>West Chester, PA 19382-3727 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase / Michael T McKeever, Esq.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chrysler Capital<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | GECRB/PayPal Cr<br>Attn:Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH4-7142<br>Columbus, OH 43219-6009 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management, Inc. as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| The Bank of New York Mellon<br>c/o Phellan Hallinan Diamond & Jones<br>attn.:  Jerome Blank, Esq.<br>1617 JFK Blvd., Suite 1400<br>Philadelphia, PA 19103-1814 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6805 | Lee Ann Spencer<br>12 Oliver Street<br>Mc Donald, PA 15057-2897 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank Of New York Mellon Etal | (u)The Bank Of New York Mellon F/K/A The Bank | End of Label Matrix |
| | | Mailable recipients    25 |
| | | Bypassed recipients     2 |
| | | Total                  27 |