## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LEE ANN SPENCER

Case No. 15-22510CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

JPMORGAN CHASE BANK NA

Document No __

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9277.

Regular mortgage payments are currently being directed to the following creditor at the following address:

JPMORGAN CHASE BANK NA
3415 VISION DR
MAIL CODE OH4-7142
COLUMBUS,OH 43219

Movant has been requested to send payments to:
CARRINGTON MORTGAGE SERVICES
1600 SOUTH DOUGLASS RD
ANAHEIM, CA 92806

9277

The Chapter 13 Trustee's CID Records of JPMORGAN CHASE BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 12/9/2019.

cc:    Debtor
       Original creditor
       Putative creditor
       Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>LEE ANN SPENCER, 12 OLIVER STREET, MCDONALD, PA  15057 | DEBTOR'S COUNSEL:<br>DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA  15301 |
| :<br>JPMORGAN CHASE BANK NA, ATTN CORRESPONDENCE MAIL MC LA-4-5555, 700 KANSAS LN, MONROE, LA  71203 | ORIGINAL CREDITOR:<br>JPMORGAN CHASE BANK NA, 3415 VISION DR, MAIL CODE OH4-7142, COLUMBUS, OH  43219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>CARRINGTON MORTGAGE SERVICES<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA 92806 | |