IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Lee Ann Spencer | ) | Bankruptcy No. 15-22510 CMB |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No. |
| No Respondent | ) | **ENTERED BY DEFAULT** |
| Respondent(s) | ) | |

### ORDER OF COURT

AND NOW, this __24th__ day of _____March_____, 2020, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $8,983.39, of which $8,875.00 are attorney fees and $108.39 are costs, and that the total previously allowed Attorney's Fees and Costs were $6,511.79. This award covers the period from 3/3/2018 to 3/6/2020.

Therefore, the Application in its face amount of $2,471.60 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,471.60 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between March 3, 2018 and March 6, 2020 in the amount of **$2,450.00** and expenses in the amount of **$21.60**. The total award of compensation for services to date, is **$8,875.00** and expenses in the amount of **$108.39** for a grand total in the amount of **$8,983.39.**

FILED
3/24/20 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-22510-CMB
Lee Ann Spencer                                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw          Page 1 of 1          Date Rcvd: Mar 24, 2020
                      Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db             +Lee Ann Spencer,    12 Oliver Street,    Mc Donald, PA 15057-2897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          David A. Rice    on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net,    lowdenscott@gmail.com
          James   Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
           QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
          Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
           York As Successor et al. pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net
          Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
                                                                                                                                          TOTAL: 10