# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   LEE ANN SPENCER<br><br>              Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>LEE ANN SPENCER<br><br><br>         Respondents | Case No. 15-22510CMB<br><br>Chapter 13<br><br>Document No. 106 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___15th___ day of ___July___, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Washington And Jefferson College
Attn: Payroll Manager
60 South Lincoln St
Washington, PA 15301

is hereby ordered to immediately terminate the attachment of the wages of LEE ANN SPENCER, social security number XXX-XX-6191. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LEE ANN SPENCER.

FILED
7/15/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm     dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 15-22510-CMB
Lee Ann Spencer                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                  Page 1 of 1                 Date Rcvd: Jul 15, 2020
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
db             +Lee Ann Spencer,    12 Oliver Street,   Mc Donald, PA 15057-2897
               +Washington & Jefferson,   atten: Payroll,   60 South Lincol Str,   Washington, PA 15301-4812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          David A. Rice    on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net,    lowdenscott@gmail.com
          James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
           QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
          Jeremy J. Kobeski    on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New
           York As Successor et al. pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor   The Bank Of New York Mellon Etal pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net
          Thomas Song    on behalf of Creditor   The Bank Of New York Mellon Etal pawb@fedphe.com
                                                                                             TOTAL: 10