**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lee Ann Spencer**
Debtor(s)

Bankruptcy Case No.: 15−22510−CMB

Chapter: 13
Docket No.: 111 − 110

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/14/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/7/20 at 11:30 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/14/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-22510-CMB
Lee Ann Spencer                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: 408            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
```
db            +Lee Ann Spencer,    12 Oliver Street,    Mc Donald, PA 15057-2897
cr             JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr            +The Bank of New York Mellon Trust Company,    Robertson, Anschutz, Shcneid P.L.,
                 6409 Congress Ave,    Suite 100,   Boca Raton, FL 33487-2853
14075943      +BYL Services / Novasom,    301 Lacey Street,    West Chester, PA 19382-3727
14075945      +Chase / Michael T McKeever, Esq.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14075947      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
14106334      +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14330454      +The Bank of New York Mellon,    c/o Phellan Hallinan Diamond & Jones,
                 attn.: Jerome Blank, Esq.,    1617 JFK Blvd., Suite 1400,    Philadelphia, PA 19103-1814
15185540      +WILMINGTON SAVINGS FUND SOCIETY, FSB ET AL,    c/o Carrington Mortgage Services, LLC,
                 P.O. Box 79001,    Phoenix, AZ 85062-9001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:09:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14075942      +E-mail/Text: bankruptcy@rentacenter.com Jul 31 2020 05:05:29    Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
14075944      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:11:03    Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14099998       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14075948      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 05:09:23    Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14075949      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:08:57    GECRB/PayPal Cr,
                 Attn:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14075950      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:56    Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14075946       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:04
                 Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219
14126193       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:04
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
14110919       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 05:10:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14075951      +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:11:20    Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14080011       E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:11:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
15185540      +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 31 2020 05:02:43
                 WILMINGTON SAVINGS FUND SOCIETY, FSB ET AL,    c/o Carrington Mortgage Services, LLC,
                 P.O. Box 79001,    Phoenix, AZ 85062-9001
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             The Bank Of New York Mellon Etal
cr             The Bank Of New York Mellon F/K/A The Bank Of New
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: dsaw                 Page 2 of 2                  Date Rcvd: Jul 30, 2020
                                  Form ID: 408               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net,    lowdenscott@gmail.com
              James Warmbrodt     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
                                                                                             TOTAL: 10
```