**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LEE ANN SPENCER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22510<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/10/2015 and confirmed on 9/1/15. The case was subsequently   Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,501.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,501.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,983.39 | |
|    Trustee Fee | 4,999.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,983.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 60,876.02 | 0.00 | 60,876.02 |
|     Acct: 0631 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 13,885.27 | 13,885.27 | 0.00 | 13,885.27 |
|     Acct: 0631 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 19,781.06 | 19,781.06 | 2,667.44 | 22,448.50 |
|     Acct: 5274 | | | | |
| | | | | 97,209.79 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEE ANN SPENCER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 1,004.12 | 1,004.12 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0-16 | | | | |
|   RICE AND ASSOCIATES | 1,507.67 | 1,507.67 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7-18 | | | | |
|   RICE AND ASSOCIATES | 2,471.60 | 2,471.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX6/20 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 326.35 | 19.39 | 0.00 | 19.39 |
|     Acct: 4361 | | | | |
|   ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0841 | | | | |
|   BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0232 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,341.63 | 139.12 | 0.00 | 139.12 |
|     Acct: 1290 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,623.38 | 96.45 | 0.00 | 96.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3978 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 364.14 | 21.63 | 0.00 | 21.63 |
| Acct: 2196 | | | | |
|    MIDLAND FUNDING LLC | 526.74 | 31.29 | 0.00 | 31.29 |
| Acct: 3218 | | | | |
|    NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1128 | | | | |
|    BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3487 | | | | |
|    ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 307.88 |

TOTAL PAID TO CREDITORS                                                                          97,517.67

TOTAL CLAIMED
PRIORITY            0.00
SECURED        33,666.33
UNSECURED       5,182.24

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    LEE ANN SPENCER<br>            Debtor(s)<br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:15-22510<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22510-CMB
Lee Ann Spencer                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2          Date Rcvd: Jul 30, 2020
                              Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db          +Lee Ann Spencer,    12 Oliver Street,    Mc Donald, PA 15057-2897
cr           JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr          +The Bank of New York Mellon Trust Company,    Robertson, Anschutz, Shcneid P.L.,
              6409 Congress Ave,    Suite 100,   Boca Raton, FL 33487-2853
14075943    +BYL Services / Novasom,    301 Lacey Street,    West Chester, PA 19382-3727
14075945    +Chase / Michael T McKeever, Esq.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
14075947    +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
14106334    +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
14330454    +The Bank of New York Mellon,    c/o Phellan Hallinan Diamond & Jones,
              attn.: Jerome Blank, Esq.,    1617 JFK Blvd., Suite 1400,   Philadelphia, PA 19103-1814
15185540    +WILMINGTON SAVINGS FUND SOCIETY, FSB ET AL,    c/o Carrington Mortgage Services, LLC,
              P.O. Box 79001,    Phoenix, AZ 85062-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:09:27
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14075942    +E-mail/Text: bankruptcy@rentacenter.com Jul 31 2020 05:05:29       Acceptance Now,
              5501 Headquarters Dr,    Plano, TX 75024-5837
14075944    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:10:09       Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14099998     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:10:09
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14075948    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 05:11:11       Credit One Bank,
              Po Box 98873,    Las Vegas, NV 89193-8873
14075949    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:58       GECRB/PayPal Cr,
              Attn:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14075950    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:52       Gemb/walmart,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
14075946     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:04
              Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,   Columbus, OH 43219
14126193     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:58
              JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219
14110919     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 05:10:29
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14075951    +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:09:31       Navient,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
14080011     E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:09:28
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
15185540    +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 31 2020 05:02:44
              WILMINGTON SAVINGS FUND SOCIETY, FSB ET AL,    c/o Carrington Mortgage Services, LLC,
              P.O. Box 79001,    Phoenix, AZ 85062-9001
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            The Bank Of New York Mellon Etal
cr            The Bank Of New York Mellon F/K/A The Bank Of New
cr            WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O
                                                                                    TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                             Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Jul 30, 2020
                               Form ID: pdf900             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net,   lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net
              Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
                                                                                               TOTAL: 10
```