**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | LEE ANN SPENCER |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 15-22510CMB |

# Form 4100N
# Notice of Final Cure Payment                              10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY FSB -

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0 6 3 1

**Property Address:** 12 OLIVER ST
MCDONALD PA 15057

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                        **Amount**

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 13,885.27 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 13,885.27 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 13,885.27 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                     $    $1,015.50

The next postpetition payment is due on    9 / 1 / 2020
                                                                                            MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N            Notice of Final Cure Payment            page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **LEE ANN SPENCER**<br>Name | Case number *(if known)* | **15-22510CMB** |

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour
   Signature

Date  08/05/2020

| | |
|---|---|
| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |
Form 4100N      **Notice of Final Cure Payment**      page 2

| Debtor 1 | LEE ANN SPENCER | Case number *(if known)* | 15-22510CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 06/27/2017 | 1044598 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 208.82 |
| 07/25/2017 | 1047913 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 386.24 |
| 08/25/2017 | 1051244 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 404.24 |
| 09/26/2017 | 1054568 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 404.24 |
| 12/21/2017 | 1064494 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,334.39 |
| 01/25/2018 | 1067927 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 456.76 |
| 02/23/2018 | 1071111 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 456.76 |
| 04/24/2018 | 1077542 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 129.79 |
| 05/25/2018 | 1080796 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 158.63 |
| 10/29/2018 | 1096754 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,115.39 |
| 02/25/2019 | 1109462 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 81.27 |
| 03/25/2019 | 1112745 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 541.87 |
| 04/26/2019 | 1116046 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 541.87 |
| 06/25/2019 | 1122840 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,125.90 |
| 07/29/2019 | 1126285 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 579.81 |
| 11/25/2019 | 1139855 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,310.63 |
| 01/28/2020 | 1148085 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 391.12 |
| 02/25/2020 | 1151629 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 632.07 |
| 03/23/2020 | 1155090 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 238.71 |
| 04/27/2020 | 1158547 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 2,386.76 |
| | | | | **13,885.27** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/24/2015 | 0968892 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 3,087.18 |
| 12/22/2015 | 0972902 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 454.19 |
| 01/26/2016 | 0976952 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 921.91 |
| 02/24/2016 | 0980890 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 931.46 |
| 03/28/2016 | 0984933 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 974.39 |
| 04/22/2016 | 0989139 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 983.48 |
| 05/24/2016 | 0993095 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 979.45 |
| 06/27/2016 | 1001860 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,035.82 |
| 08/26/2016 | 1009825 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,207.93 |
| 09/27/2016 | 1013848 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,132.64 |
| 10/26/2016 | 1017724 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,167.84 |
| 12/21/2016 | 1024340 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,214.06 |
| 01/27/2017 | 1027802 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,441.18 |
| 02/24/2017 | 1031220 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,230.48 |
| 03/28/2017 | 1034655 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,212.63 |
| 04/21/2017 | 1037951 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 05/25/2017 | 1041231 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 06/27/2017 | 1044598 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 07/25/2017 | 1047913 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 08/25/2017 | 1051244 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 09/26/2017 | 1054568 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 11/21/2017 | 1061208 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,260.67 |
| 12/21/2017 | 1064494 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,610.21 |
| 01/25/2018 | 1067927 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 02/23/2018 | 1071111 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 03/28/2018 | 1074301 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,124.41 |
| 04/24/2018 | 1077542 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 975.09 |
| 05/25/2018 | 1080796 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 956.96 |
| 07/26/2018 | 1087153 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,049.58 |
| 08/28/2018 | 1090373 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,158.36 |
| 09/25/2018 | 1093511 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,230.23 |
| 10/29/2018 | 1096754 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,346.53 |
| 12/21/2018 | 1103007 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,442.12 |
| 02/25/2019 | 1109462 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 3,375.24 |
| 03/25/2019 | 1112745 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 04/26/2019 | 1116046 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 05/24/2019 | 1119444 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 06/25/2019 | 1122840 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 07/29/2019 | 1126285 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 08/27/2019 | 1129752 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |

| Debtor 1 | **LEE ANN SPENCER** | Case number *(if known)* **15-22510CMB** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 09/24/2019 | 1133065 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 10/24/2019 | 1136389 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,090.95 |
| 01/28/2020 | 1148085 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 2,895.60 |
| 02/25/2020 | 1151629 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| 03/23/2020 | 1155090 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| 04/27/2020 | 1158547 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| 05/26/2020 | 1161873 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| 06/26/2020 | 1165047 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| 07/29/2020 | 1168133 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,015.50 |
| | | | | 60,876.02 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

LEE ANN SPENCER
12 OLIVER STREET
MCDONALD, PA  15057

DAVID A RICE ESQ
RICE & ASSOCIATES LAW FIRM
15 W BEAU ST
WASHINGTON, PA  15301

WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE QUERCUS MTG INVESTMENT TRUST
C/O CARRINGTON MTG SERVICES LLC
PO BOX 79001
PHOENIZ, AZ  85062

CARRINGTON MORTGAGE SERVICES LLC
ATTN CUSTOMER SERVICE DEPT
PO BOX 5001
WESTFIELD, IN  46074

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


8/5/20                                            /s/ Roberta Saunier
                                                  _____
                                                  Administrative Assistant
                                                  Office of the Chapter 13 Trustee