**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LEE ANN SPENCER

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:15-22510

Chapter 13

Document No.:

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **16th** day of **September**, 20**20**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/16/20 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

dmk

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-22510-CMB
Lee Ann Spencer                                                         Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: agro                   Page 1 of 2                  Date Rcvd: Sep 16, 2020
                               Form ID: pdf900              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db             +Lee Ann Spencer,    12 Oliver Street,    Mc Donald, PA 15057-2897
cr              JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
cr             +The Bank of New York Mellon Trust Company,    Robertson, Anschutz, Shcneid P.L.,
                 6409 Congress Ave,   Suite 100,    Boca Raton, FL 33487-2853
14075943       +BYL Services / Novasom,    301 Lacey Street,    West Chester, PA 19382-3727
14075945       +Chase / Michael T McKeever, Esq.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14075947       +Chrysler Capital,   Po Box 961275,    Fort Worth, TX 76161-0275
14106334       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14330454       +The Bank of New York Mellon,    c/o Phellan Hallinan Diamond & Jones,
                 attn.: Jerome Blank, Esq.,    1617 JFK Blvd., Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2020 04:47:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
14075942       +E-mail/Text: bankruptcy@rentacenter.com Sep 17 2020 04:43:25      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
14075944       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 04:47:53       Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14099998        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 04:47:53
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14075948       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2020 04:47:56       Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14075949       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 04:48:44       GECRB/PayPal Cr,
                 Attn:Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
14075950       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 04:47:52       Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
14075946        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 17 2020 04:47:50
                 Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,   Columbus, OH 43219
14126193        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 17 2020 04:48:48
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219
14110919        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 04:48:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14075951       +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2020 04:47:59       Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14080011        E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2020 04:47:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
15185540       +E-mail/Text: BKBCNMAIL@carringtonms.com Sep 17 2020 04:41:00
                 WILMINGTON SAVINGS FUND SOCIETY, FSB ET AL,    c/o Carrington Mortgage Services, LLC,
                 P.O. Box 79001,   Phoenix, AZ 85062-9001
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank Of New York Mellon Etal
cr              The Bank Of New York Mellon F/K/A The Bank Of New
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O
                                                                                TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: agro                    Page 2 of 2              Date Rcvd: Sep 16, 2020
                              Form ID: pdf900               Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Brian  Nicholas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bnicholas@kmllawgroup.com
              Brian  Nicholas    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               QUERCUS MORTGAGE INVESTMENT TRUST bnicholas@kmllawgroup.com
              David A. Rice    on behalf of Debtor Lee Ann Spencer ricelaw1@verizon.net,  lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Lee Ann Spencer niclowlgl@comcast.net
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon Etal pawb@fedphe.com
                                                                                             TOTAL: 12
```